# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
HEALTHCARE DISTRIBUTION ALLIANCE,

                Plaintiff,

          -v-                                        18 **CIVIL** 6168 (KPF)

                                                         **JUDGMENT**

HOWARD A. ZUCKER, in his official capacity as
Commissioner of Health of New York; and
LETITIA JAMES, in her official capacity as the
Attorney General of New York,

                Defendants.
-----------------------------------------------------------------X
ASSOCIATION FOR ACCESSIBLE MEDICINES,

                Plaintiff,                   18 **CIVIL** 8180 (KPF)

          -v-

LETITIA JAMES, in her official capacity as the
Attorney General of New York; and HOWARD A.
ZUCKER, in his official capacity as Commissioner
of Health of New York,

                Defendants.
-----------------------------------------------------------------X

SPECGX LLC,

                Plaintiff,                   18 **CIVIL** 9830 (KPF)

          -v-

LETITIA JAMES, in her official capacity as the
Attorney General of New York; and HOWARD A.
ZUCKER, in his official capacity as Commissioner
of Health of New York,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 20, Judgment is entered for HDA on Counts 6 and 7 of HDA's Amended Complaint (Dkt. #24), and the remainder of claims are dismissed without prejudice in Case No. 18 Civ. 6168; Judgment is entered for AAM on all Counts in AAM's Complaint (Dkt. # 1) in Case No. 18 Civ. 8180; and Judgment is entered for SpecGx on Counts 2 and 3 in SpecGx's Complaint (Dkt. #1) and Count 1 is dismissed without prejudice in Case No. 18 Civ. 9830; accordingly, the above cases 18 Civ.6168, 18 Civ. 8180, and 18 Civ. 9830 are closed.

**Dated:** New York, New York
October 20, 2021

**RUBY J. KRAJICK**
**Clerk of Court**
BY: *[signature: David J. Thomas]*
**Deputy Clerk**