

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8029

February 7, 2022

**BY ECF**
Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



    Re: SpecGx LLC v. James, Case no. 18-cv-09830

Dear Judge Failla:

    This application is respectfully submitted jointly on behalf of defendants and plaintiff SpecGx, LLC ("SpecGx") requesting an extension of time for the plaintiff SpecGx to file its application for attorney's fees and costs pursuant to 28 U.S.C. § 1988 for a period of thirty (30) days. This would extend the present deadline of February 18, 2022 as set by Your Honor's Order of December 8, 2021 (filed as ECF No. 49), until <u>March 21, 2022</u>.

    The defendants, having completed their settlement review process (a multi-level process that must proceed in each of the two relevant agencies, the Office of the Attorney General and the Department of Health, as described in the parties' joint letter of December 7, 2021), have now made a settlement proposal to plaintiff. Plaintiff is reviewing and considering that proposal. The parties believe that additional time is required to complete their negotiations of any settlement terms, if settlement is reached, or, if not, for SpecGx to prepare motion papers. This is the second application for this extension, and the parties do not anticipate additional extension requests. We respectfully submit that judicial economy will be best served by the granting of this request, and hopefully avoiding the need for fees motion practice.

Hon. Katherine Polk Failla                                                           Page 2 of 2
February 7, 2022

       Thank you for Your Honor's consideration.

                         Respectfully submitted

                         By:*/s/ Seth J. Farber*
                         Seth J. Farber
                         James M. Hershler
                         NYS Office of the Attorney General
                         28 Liberty Street
                         New York, NY  10005
                         Telephone:  (212) 416-8029
                         seth.farber@ag.ny.gov
                         james.hershler@ag.ny.gov

                         *Counsel for Defendants*

                         */s/ Douglas Hallward-Driemeier*
                         Douglas Hallward-Driemeier
                         ROPES & GRAY LLP
                         2099 Pennsylvania Avenue, NW
                         Washington, DC  20006-6807
                         Telephone:  (202) 508 4776
                         Facsimile:  (202) 383-8354
                         douglas.hallward-driemeier@ropesgray.com

                         *Counsel for Plaintiff SpecGx LLC*

```
Application GRANTED.  Plaintiff SpecGx shall file its application
for attorney's fees and costs pursuant to 28 U.S.C. § 1988 on or
before March 21, 2022.  The Clerk of Court is directed to
terminate the pending motion at docket number 50.

Dated:      February 8, 2022        SO ORDERED.
            New York, New York
```

```
                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```