

ROPES & GRAY LLP
2099 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20006-6807
WWW.ROPESGRAY.COM

**MEMO ENDORSED**

May 12, 2022

Douglas H. Hallward-Driemeier
T +1 202 508 4776
F +1 202 383 8354
douglas.hallward-driemeier@ropesgray.com

<u>VIA ECF</u>

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *SpecGx LLC v. James et al*, 18-cv-09830

Dear Judge Failla:

     We write jointly on behalf of plaintiff SpecGx, LLC ("SpecGx") and defendants concerning SpecGx's application for attorney's fees and costs pursuant to 28 U.S.C. § 1988.  As explained in our March 17 letter (ECF No. 52), the parties have reached an agreement in principle on the material terms to resolve SpecGx's fee application.  While the parties had hoped to have finalized their agreement by now, they respectfully request that the Court approve an additional thirty (30) day extension to SpexGx's filing deadline to allow additional time for the parties to address issues relating to the bankruptcy of SpecGx's parent company, Mallinckrodt Pharmaceuticals.  This would extend the present deadline of May 20, 2022 as set by Your Honor's March 18, 2022 Order (ECF No. 53), until <u>June 20, 2022</u>.  The parties greatly appreciate the Court's understanding, and hope that this will be final extension sought.

     Thank you for Your Honor's consideration.

Respectfully submitted,

By:  */s/ Douglas Hallward-Driemeier*
     Douglas Hallward-Driemeier
     ROPES & GRAY LLP
     2099 Pennsylvania Avenue, NW
     Washington, DC  20006-6807
     Telephone:  (202) 508 4776
     Facsimile:  (202) 383-8354
     douglas.hallward-driemeier@ropesgray.com

     *Counsel for Plaintiff SpecGx LLC*

By:  */s/ Seth J. Farber*
     Seth J. Farber
     James M. Hershler
     NYS Office of the Attorney General
     28 Liberty Street
     New York, NY  10005
     Telephone:  (212) 416-8029
     Facsimile:  (212) 416-6009
     seth.farber@ag.ny.gov
     james.hershler@ag.ny.gov

     *Counsel for Defendants*

Application GRANTED.  Plaintiff SpecGx shall file its application for attorney's fees and costs pursuant to 28 U.S.C. § 1988 on or before June 20, 2022.  The Clerk of Court is directed to terminate the pending motion at docket number 54.

Dated:    May 16, 2022               SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE