

ROPES & GRAY LLP
2099 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20006-6807
WWW.ROPESGRAY.COM

**MEMO ENDORSED**

June 17, 2022

Douglas H. Hallward-Driemeier
T +1 202 508 4776
F +1 202 383 8354
douglas.hallward-driemeier@ropesgray.com

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *SpecGx LLC v. James et al*, 18-cv-09830

Dear Judge Failla:

    We write jointly on behalf of plaintiff SpecGx, LLC ("SpecGx") and defendants concerning SpecGx's application for attorney's fees and costs pursuant to 28 U.S.C. § 1988. As explained in our May 12, 2022 letter (ECF No. 54), the parties have reached an agreement in principle on the material terms to resolve SpecGx's fee application. While the parties had hoped to finalize the documentation of their agreement by now, the parties require a little more time to secure all necessary approvals on both sides. Towards that end, the parties respectfully request a brief ten (10) day extension to SpexGx's filing deadline, which would extend the present June 20, 2022 deadline, as set by Your Honor's May 16, 2022 Order (ECF No. 55), until <u>June 30, 2022</u>. The parties very much appreciate the Court's courtesy in this regard, and do expect that this will be the final extension sought.

    Thank you for Your Honor's consideration.

Respectfully submitted,

By: */s/ Douglas Hallward-Driemeier*
    Douglas Hallward-Driemeier
    ROPES & GRAY LLP
    2099 Pennsylvania Avenue, NW
    Washington, DC 20006-6807
    Telephone: (202) 508 4776
    Facsimile: (202) 383-8354
    douglas.hallward-driemeier@ropesgray.com

    *Counsel for Plaintiff SpecGx LLC*

By: */s/ Seth J. Farber*
    Seth J. Farber
    James M. Hershler
    NYS Office of the Attorney General
    28 Liberty Street
    New York, NY 10005
    Telephone: (212) 416-8029
    Facsimile: (212) 416-6009
    seth.farber@ag.ny.gov
    james.hershler@ag.ny.gov

    *Counsel for Defendants*

Application GRANTED. Plaintiff SpecGx shall file its application for attorney's fees and costs pursuant to 28 U.S.C. § 1988 on or before **June 30, 2022.** The Clerk of Court is directed to terminate the pending motion at docket number 56.

Dated:    June 21, 2022　　　　　　　　SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE